AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

Northern District of ~~Iowa~~ Iowa

| | | |
|---|---|---|
| Ronald Young | ) | |
| | ) | |
| | ) | |
| *Petitioner* | ) | |
| | ) | |
| v. | ) | Case No.    C15-2046-LRR |
| | ) | *Supplied by Clerk of Court)* |
| Dan Marx-Winneshiek county sheriff | ) | |
| 400 Claiborne Drive | ) | |
| Decorah, Iowa [52101] | ) | |
| *Respondent* | | |
| *(name of warden or authorized person having custody of petitioner)* | | |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name:    Ronald-Jesse [Young

    (b) Other names you have used:    Ron [Young

2. Place of confinement:

    (a) Name of institution:    Winneshiek County Jail

    (b) Address:    400 Claiborne Drive

    Decorah, Iowa   [52101]

    (c) Your identification number:    X  15187

3. Are you currently being held on orders by:

    ☐ Federal authorities    ☑ State authorities    ☐ Other - explain:

4. Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)

    ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

    (a) Name and location of court that sentenced you:    Winneshiek county district court

    201 W Main St Decorah, Iowa

    (b) Docket number of criminal case:    OWCR015682

    (c) Date of sentencing:

    ☐ Being held on an immigration charge

    ☐ Other *(explain)*:

## Decision or Action You Are Challenging

5.  What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☑ Other *(explain)*:    Misrepresentation of facts, fraud, collusion, malicious abuse of judicial process, ineffective assistance of counsel, impeached colored testimony on the record, bias, failure to recuse, allowing fraud upon the court, Treaty violations, failure to obtain DOS-SCA permission, NUL TIEL corporation fraud, identity theft

6.  Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:    Winneshiek county district court

201 W Main St Decorah, Iowa

(b) Docket number, case number, or opinion number:    OWCR015682

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

County attorney has continually shown bias, he had in the past represented my ex-wife in our divorce; clearly a conflict of interest and malice due to the hostilities in the said action

(d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:  Iowa Court of Appeals

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:    denied

(5) Date of result:  March 11, 2015

(6) Issues raised:    The attorney failed to raise ineffective assistance of counsel under my protests, to bring the impeached testimony of the off duty jailor, refused to bring up impeached testimony of a intern cop w/o training for filed testing and no chemical testing, refused to bring up phone calls made my ex-wife to the plant she hired, refused to enter that the states witness was charged with assault on me

jailed, charges were dropped to testify against me, {he is now back in jail for drug charges]-CLEARLY

this rush to judgement to maliciously prosecute has been brought forth from the office of the Winnishiek

county attorneys office, violating Iowa RCP rule 32:3.8(a), rule 1.431, rule 2.19(3), rule 2.11(12), 5.602

(b) If you answered "No," explain why you did not appeal: _____

_____

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

    _____

    _____

    _____

    _____

    _____

(b) If you answered "No," explain why you did not file a second appeal:     Ineffective assistance of counsel,

misrepresentation of fact, fraud, fraud upon the court, malicious use of judicial process,

collusion to maliciously prosecute, concealment under color

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

    _____

    _____

(b) If you answered "No," explain why you did not file a third appeal:

Ineffective assistance of counsel, misrepresentation of fact, fraud, fraud upon the court, malicious use of judicial

process, collusion to maliciously prosecute, concealment under color

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes            ☐ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                    ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                    ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:    Requirements to expire all of my local remedies, when there is clear collusion and contempt to tresspass/ maliciously prosecute; with the record intentionally with specific intent to malipulated to block the record to create a record for appeal it is obvious the state has unlimited resources and methods to "assume" to be operating "legally" while not operating "lawfully" to maliciously prosecute. There was a child custody matter in which the county attorney was representing my ex-wife a fabricated crime was created to win at any cost a child custody case for his client, my ex wife.

11.   **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes      ☑ No

If "Yes," provide:

(a)   Date you were taken into immigration custody: _____

(b)   Date of the removal or reinstatement order: _____

(c)   Did you file an appeal with the Board of Immigration Appeals?

     ☐ Yes      ☐ No

     If "Yes," provide:

     (1) Date of filing: _____

     (2) Case number: _____

     (3) Result: _____

     (4) Date of result: _____

     (5) Issues raised: _____

(d)   Did you appeal the decision to the United States Court of Appeals?

     ☐ Yes      ☑ No

     If "Yes," provide:

     (1) Name of court: _____

     (2) Date of filing: _____

     (3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** When a party claims to recover on the evidence of a record, as in an action on scire facias, or when he sets up his defense on matter of record, as a former acquittal or former recovery, the opposite party may plead or, reply nul tiel record, there is no such record; in which case the issue thus raised is called an issue of nul tiel record, and it is tried by the court by the inspection, of the record.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I, Ronald [Young am not a corporation or knowingly have ever accepted trusteeship or suretyship for some

unknown corporation, i.e. RONALD JESSE YOUNG, RON YOUNG, RJ YOUNG

a Plea denying that the defendant is a corporation is a Plea in Abatement

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes          ☑ No

**GROUND TWO:**  28 USC 1602-1611 [FISA] et al [created in 1976 and modified in 1997; Treaty violation

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

American of posterity by hereditament through conquest, as a sovereign American protected by unalienable

treaty rights pursuant to The Treaty of Paris-1783 and Treaty of Versailles; recorded in Winneshiek county, Ia.

Sent to supreme court of Iowa

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☑ No

**GROUND THREE:**  Misrepresentation of facts, fraud upon the court

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Ineffective assistance of counsel at district court level failed to preserve and press into the record grounds for

effective appeal and collateral attack of the inferior courts judicial misbehavior and rights violations

Sent to supreme court of Iowa

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☑ No

GROUND FOUR: Prosecutorial misconduct and malice

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Clearly evident by previously stated responses, the "attorneys" had a client in conflict of interests in want to

maliciously prosecute me at any costs to "win" a divorce and to "win" a child custody case at any costs to my

rights, by tresspass, misrepresentation of facts, tampering with evidence, spoliation of evidence, concealment,

Attorneys for the state had financial ties to a beligierent party for financial gain to seek a "charge" to incarcerate

me to assure a "win" for their client-my ex-wife.

Sent to supreme court of Iowa

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes     ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did

not:     Ineffective assistance of counsel, judge Staudt REFUSED to allow a continuance to obtain effective

counsel, the record will show he stated "...we are moving forward today with or without counsel..."; I was forced

into a trial by abush set-up to intentionally deny me the right to create a record for appeallate review of the

malicious district court. APPEALLATE ATTORNEY REFUSED TO CITE.

## Request for Relief

15. State exactly what you want the court to do:  Release me from illegal custody, remand the case for retrial,

or discharge with prejudice due to Dirty Hands by all those under color.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
My mother came to the Winnishiek county jail facility and thereafter sent this 6.12.2015

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 6-12-15

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

GORDON R. BUSS
Commission Number 725074
My Commission Expires
10-17-2015

## In the one supreme Court created by the Founding Fathers in Article III, section 2 of the Constitution Original Jurisdiction

| | |
|---|---|
| Ronald Jesse Young, | ) |
| Plaintiff, | ) No. OWCR015682 |
| | ) |
| vs. | ) |
| | ) |
| | ) **PETITION FOR** |
| First Judicial District and | ) |
| | ) **WRIT OF HABEAS CORPUS** |
| Dan Marx- Sheriff of | ) |
| | ) |
| Winneshiek County, Iowa, | ) |
| Defendants. | ) |

Plaintiff is of posterity and prosperity in perpetuity as shown by the attached document and is a Beneficiary as a holder in due course of the Constitution(s) by herediament accordingly and states:

Plaintiff is restrained of his Liberty in the
Winneshiek County detention facility
400 Claiborne Drive
Winnishiek, Iowa, [52101].

1. Plaintiff is restrained due to his imposed the Foreign Sovereign Immunities act of 1976 upon the defendants *ab initio*; and

2. Plaintiff will not release the defendants from the Foreign Sovereign Immunity Act of 1976 codified at 28 U.S.C. Sections 1330, 1332, 1391(f), 1441 (d) and 1602-1611 of the U.S. Code, and from the malicious prosecution by an Article I private mercantile court for profit operating on the Continental Land of North America, to deny Life, Liberty or Private Property, by constructive fraud; and

3. Upon best information and belief, Habeas Corpus has been suspended in the U.S. District Court of the Northern District of Iowa in case number: OWCR015682; and

4. Plaintiff does not have a Social Security Number and has never had a Social Security Number; and

5. The undersigned American of posterity and prosperity in perpetuity has Immunity pursuant to an Act of Congress and Treaty, only to be heard in an ARTICLE III, section 2 courts; and

6. If the Plaintiff has done anything to cause the appearance of consent, there was no intent to consent or consent to contract, affirmed by his following living signature and seal below; and

7. Defendants are under oath to "Secure the blessings of Liberty to the Plaintiff of Posterity and Prosperity in Perpetuity".

**WHEREFORE** the undersigned Posterity respectfully petitions by way of Habeas Corpus an Order for the Defendants to immediately release the Plaintiff without further delay, and any costs be taxed to the Defendants.

I declare under penalties of perjury under the Laws of God, Laws of Nations, All Treaties, Laws of the Constitutions and the united States of America and of the state of Iowa that the foregoing is true and correct to the best of my ability.

Signed this _12_ day of _June_, 2015.

X     NA                    I Am: _____ /

Ronald [Young – _____ /
American *in esse sui juris* with express reservation of all my rights in law, equity and all other natures of law.
1627 county rd. w 42 Ossian, Ia. state
w/o the US.

**Acknowledgment of Individual**

STATE OF IOWA              )

                           )    FOR IDENTIFICATION

COUNTY OF WINNESHIEK       )

On this __12th__ day of __June__, 2015, before me, a Notary Public, personally appeared Ronald [Young, to me known to be the person named in and who executed the foregoing instrument, and acknowledged that he executed the same as his voluntary act and deed.

_____
Notary Public

GORDON R. BUSS
Commission Number 725074
My Commission Expires
10-17-20
SEAL

*Prepared By*

**RETURN TO:**
Ronald Jesse Young-
Sovereign American
1627 County Road
W42
Ossian, Ia.
NEAR. [52161]
w/o the US

||||||| |||| |||||||| |||||||| ||||||||| ||||| ||||||| |||| |||||| |||
Document 2015 91

Book 2015 Page 91 Type 06 001 Pages 3
Date 1/09/2015 Time 3:00 PM
Rec Amt $17.00

TERESA BOCKMAN, COUNTY RECORDER
WINNESHIEK IOWA

| "The United States of America" | ) |
| | ) **Constructive Notice By Affidavit** |
| "The state of Iowa" | ) **ss: As Evidence of Sovereign Authority** |
| | ) **Status of Ronald Jesse Young** |
| "The county of Winneshiek" | ) |

I Ronald Jesse Young do depose and state, for the purpose of establishing My Claim of sovereignty and sovereign immunity as a matter of Law.

I hereby Claim sovereignty for Myself as a direct descendant i.e. the posterity, of the people who formed the American Union of the several States of "The United States of America", and who were recognized in the international community by King George III of England as sovereigns in the Treaty of Paris, A.D. 1783, as parties of conquest.

Those people, My direct ancestors, created and signed the Declaration of Independence, A.D. 1776; the Articles of Confederation, A.D. 1776; the Connecticut Constitution of 1788; the September 28th, 1776 Pennsylvania Constitution ; the November 11th , 1776 Maryland Constitution ; the 1776 New Jersey Constitution : the Constitution for "The United States of America", as amended A.D. 1791; and, also created the several States and "The United States of America", and lent a part of their sovereignty to those entities, earned by conquest.

Further, they pledged their lives and property to the support and defense of the Constitutions of the newly formed States to which they had given authority, by conquest. As the direct posterity of these people, I Claim My authority as a beneficiary of the Constitution for "The United States of America", as amended 1791 and the aforementioned Constitutions individually and severally.

"I Claim sovereignty by inheritance as a principal to, and subject of, the **Treaty of Paris, A.D. 1783**, as a matter of Law."

This Affidavit is *to amend any and all* previous documents I may have filed in the public record, or other proceedings, in relation to My lineage or My Claim with regards to My Birthright under Treaty, and is intended to correct any errors in those previous documents that *I may have mistakenly or inadvertently made*.

In the event of conflict between this and any previous documents, the statements and Claims in this Affidavit shall be determined to be My correct Claims on the matter.

I, Ronald Jesse Young as one of the people of prosperity by hereditament through conquest was born on August 29th, 1972 in Decorah, Iowa as the son of Robert Jesse Young-my father born 1942 Winneshiek County, Iowa, and Sandra Kay Brainard-my mother born 1948, in Waukon, Iowa.

The significance of the prosperity by hereditament through conquest and afforded sovereignty in perpetuity via the Treaty of Paris 1783 *shall be affirmed* on the side of my mother-Sandra Kay Brainard through the following three bloodlines:

1.) Brainards
2.) Lawsons
3.) Ewings

STATE OF IOWA, WINNESHIEK, SS:
I, Teresa Bockman, hereby certify that the foregoing is a true and correct copy of the original instrument, as shown by the records recorded in Book 2015 Page 91
in my County.
Dated this 19 day of March 20 15

Jayne Schultz, Deputy
Winneshiek County Recorder

## BRAINARDS

9th Generation: Albert Lee Brainard was born 13 Oct 1920 in Franklin, Allamakee, Iowa, died 30 Mar 2003 in Decorah, Winneshiek, Iowa. Adelbert married Nellie May Gordon, daughter of Kenneth Hubert Gordon and Claudia Bell Rose on 9 Feb 1948 in Elkader, Iowa. Nellie was born 24 Jan 1931 Marquette, Clayton, Iowa, died 1 Aug 2011 in Waukon, Allamakee, Iowa.

8th Generation: Amos Taylor Siers Brainard was born 16 Jan 1884 in Post, Allamakee, Iowa, died 26 May 1949 in Decorah, Winneshiek, Iowa. Amos married Cora Orphelia Ewing, daughter of Jacob Wilson Ewing and Adeline Alice Lawson on 12 Nov 1909 in Paint Creek, Allamakee, Iowa. Cora was born 15 Sep 1892 in Franklin, Allamakee, Iowa, died 10 Sept 1977 in Allamakee, Iowa.

7th Generation: Adelbert Monroe Lord Brainard was born 1 May 1863 in Post, Allamakee, Iowa died 17 Jul 1917 in Fairview, Allamakee, Iowa. Adelbert Monroe married Jane (Jennie) McWilliams daughter of Nathaniel McWilliams and Mary Yule on 23 Sept 1882 in Forrest Mills, Allamakee, Iowa. Jennie was born 13 Sep 1863 in Scotland, died 3 Nov 1934 in Allamakee, Iowa.

6th Generation: Isaac Brainard was born 5 Apr 1816 in Fort Ann, Washington, died 24 Sep 1880, Allamakee County, Iowa. Isaac married Arvilla Austin, daughter of William Austin and Elizabeth, on 24 Jun 1841 in Warrenville, DuPage, Illinois. Arvilla was born 13 Aug 1824 in Whitehall, Washington, New York, died 13 Oct 1896 in Iowa.

5th Generation: Joshua Brainard was born 1776 in Utica, Oneida, New York, died 12 Apr 1816 in Washington County, New York. Joshua married Rebecca Jones was born in 1774 and died in 1819.

4th Generation: Nathaniel Brainard was born 22 Feb 1744 in Haddam, Middlesex, Conn, died 1833 in Utica, Oneida, New York. Nathaniel married Rebecca Stoe in 1764 in Utica, Oneida, New York; Rebecca was born 1747, died in 1806 in Utica, Oneida, New York.

3rd Generation: Obadiah Brainard was born 20 May 1708 in Middletown, Middlesex, Conn., died 6 Jun 1790 in Middletown, Middlesex, Conn. Married Mary Johnson on 18 Sep 1735. Mary was born 2 Sep 1716 Middletown, Middlesex, Conn., died 1 Jun 1790 in Middletown, Middlesex, Conn.

2nd Generation: Caleb Brainard was born on 20 Nov 1675 in Haddam, Middlesex, Conn. He died 11 Aug 1742 in Haddam, Middlesex, Conn. Celeb married Elizabeth Bidwell on 1 May 1701 in Haddam, Conn. Elizabeth was born on 8 Jan 1680 in Middletown, Conn., died 20 Oct 1758 in Haddam, Middlesex, Conn.

1st Generation: Daniel Brainard was born in 1641 in England, died 1 Apr 1715 in Haddam, Middlesex, Conn. Married Hannah Spencer, born 1640 Lynn, Essex, Mass. Died 1691 in Haddam, Conn.

## LAWSONS

9th Generation: Adelbert Lee Brainard was born 13 Oct 1920 in Allamakee, Iowa, died 30 Mar 2003 in Decorah, Iowa. Adelbert married Nellie May Gordon, daughter of Kenneth Hubert Gordon and Claudia Bell rose on 9 Feb 1948 in Elkader, Iowa. Nellie was born on 24 Jan 1931 in Marquette, Iowa, died 1 Aug 2011 in Waukon, Iowa.

8th Generation: Cora Ophelia Ewing was born on 15 Sept 1893 in Allamakee, Iowa, she died 10 Sept 1977 in Allamakee, Iowa. Cora married Amos Brainard, son Adelbert Monroe Brainard and Jennie McWilliams on 12 Nov 1909 in Paint Creek, Allamakee, Iowa. Amos was born 16 Jun 1884 in Post, Allamakee, Iowa; he died 26 May 1948 in Decorah, Iowa.

7th Generation: Adeline Alice Lawson born in Indiana, died 29 Aug 1935 in Allamakee, Iowa. Adeline married Jacob Wilson Ewing on 14 Feb 1866 in Cleveland, Allamakee, Iowa.

6th Generation: John D. Lawson was born 4 Oct 1826 in Gordon, Champaign, Ohio, died 24 May 1913 in Franklin, Allamakee, Iowa. John Married Sarah (Sally) Chambers, Sally was born 22 Jul 1835 in New York City, New York, died 14 Mar 1910 in Postville, Iowa.

5th Generation: Thomas Ewing was born 1780 in Pennsylvania, died 1827. Thomas married Rachel Hazel on 20 Nov 1807 in Adams, Ohio. Rachel was born in 1786 in Pennsylvania, died in 1865.

4th Generation: James Lawson was born 11 May 1760 in Pennsylvania, died 11 Nov 1844 in Kentucky. James married Sophia Johnston in 1780 in Pennsylvania, died in 1827. Thomas married Rachel Hazel on 20 Nov 1807 in Adams, Ohio. Rachel was born in 1786 in Pennsylvania, died in 1865.

3rd Generation: Thomas Lawson was born in 1718 in Gunpowder Manor, Baltimore, Maryland, died 20 Oct 1795 in Virginia. Thomas married Alice Herrington on 20 Jul 1749 in Maryland. Alice was born on 13 May 1729 in Baltimore, Maryland, died 1765 in York, Pennsylvania.

2nd Generation: John Lawson was born 8 May 1690 in New Kent, Virginia, died 2 Feb 1761 Richmond, Virginia. John Married Francis Davis in 1717, Francis was born in 1700 in Massachusetts, died 1738 in Maryland.

1st Generations: Roland Lawson was born 1672 Farnham, Virginia, died 1716 in Lancaster, Virginia. Roland married Jen Glascock she was born 10 Jul 1673 Farnham, Virginia, died 8 Sep 1738 Lancaster, Virginia.

**EWINGS**

10th Generation: Albert Lee Brainard was born on 13 Oct 1920 in Franklin, Allamakee, Iowa and died 30 Mar 2003 in Decorah, Iowa. Adelbert married Nellie May Gordon, daughter of Kenneth Hubert Gordon and Claudia Bell Rose on Feb 1948 in Elkader, Iowa. Nellie was born 24 Jan 1931 in Marquette, Iowa and died Aug 2011 in Waukon, Iowa.

9th Generation: Cora Orphelia Ewing was born 15 Sept 1892 in Franklin, Allamakee, Iowa and died 10 Sep 1977 in Allamakee, Iowa. Cora married Amos Taylor Lee Siers Brainard son of Adelbert Monroe Brainard and Jennie McWilliams on 12 Nov 1909 in Paint Creek, Allamakee, Iowa. He was born 16 Jun 1884 in Post, Allamakee, Iowa, died 26 May 1949 in Allamakee, Iowa.

8th Generation: Jacob Wilson Ewing was born 21 Sep 1847 in Perry, Indiana and died 12 May 1931 in Franklin, Allamakee, Iowa. Jacob married Adeline (Alice) Lawson, daughter of John Lawson and Sally Chambers on 14 Jan 1866 in Allamakee, Iowa. She was born on 12 Nov 1850 in Indiana and died 29 Aug 1935 in Allamakee, Iowa.

7th Generation: James Vickery Ewing was born 2 Nov 1813 in Athens, Ohio and died 21 Jan 1884 in Franklin, Allamakee, Iowa. James married Elizabeth Hannah French daughter of Joshua French and Elizabeth Boyles on 12 Dec 1836 in Indiana. She was born 1 Dec 1819 in Shippens Port, Kentucky and died 30 Nov 1905 Franklin, Allamakee, Iowa.

6th Generation: George Ewing was born 11 Mar 1779 in Greenwich, New Jersey and died 28 Nov 1849 in Indiana. George married Hannah Boyle on 19 Aug 1809 in Ohio. She was born 1789 and died 12 Mar 1848 in Perry, Indiana.

5th Generation: Ewing was born 18 Mar 1758 Greenwich, New Jersey and died 15 Jan 1824 Perry, Allen, Indiana. George married Rachel Harris daughter of Nathaniel Harris and Abigail Padgett. She was born on 2 Sep 1750 in New Jersey and died 24 Sep 1825 in Perry, Allen, Indiana.

4th Generation: Thomas Ewing was born in Greenwich, New Jersey and died in Greenwich, New Jersey. Thomas married Sarah Vickars on 20 Jun 1752 in Greenwich, New Jersey. She was born 8 Nov in New York and died 19 Jan 1773 in New Jersey.

3rd Generation: Thomas Ewing was born 6 Oct 1690 in Londerry, Ireland and died 28 Feb 1748 in Greenwich, Cumberland, New Jersey. Thomas married Mary Maskell, daughter of Thomas Maskell and Mary Stathem on 27 Mar 1720. Mary was born 1701 in New Jersey and died 1784 in New Jersey.

2nd Generation: Charles Findley Ewing was born in 1650 in Scotland and died in Otter, Bedford, Virginia. Charles married Jane Porter.

1st Generation: James Ewing was born 1630 in Glasgow, Scotland, died 18 Feb 1717 in Ulster, England. James married Ester Bailey who was born 1610 in Glasgow, Scotland and died in 1660 in Ireland.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my ability.

Executed this ninth day of January, two thousand fifteen, the year of our Lord.

BY: _____

Ronald Jesse Young, of age and of full
capacity as a sovereign American, *sui juris*.

@habeas corpus

Ronald [Young-American]
400 Claiborne Drive
Decorah, Iowa [52101]
w/o the US

Expected Delivery Day: 06/15/15

**USPS TRACKING NUMBER**

9505 5111 7329 5163 4712 65

For Domestic Use Only

*UNITED STATES*
*POSTAL SERVICE®*

**PRIORITY**
★ MAIL ★

TRACKED
★ ★ ★
INSURED

Label 107R, July 2013

UNITED STATES DISTRICT COURT
northern district of Iowa
320 6th Street
Sioux City, Iowa [51101]

6/12/15
#15





U.S. POSTAGE PAID
DECORAH, IA
JUN 12, 15
AMOUNT
$5.85
00117339-63

